**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6368**

ROLAND MATHIS,

Plaintiff - Appellant,

v.

DR. IRENE WASYLYK; GARLAND R. WARD, PA-C; ARH APPALACHIAN
REGIONAL HEALTH CARE HOSPITAL,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at
Beckley. Irene C. Berger, District Judge. (5:18-cv-01487)

Submitted: August 15, 2019                                    Decided: September 3, 2019

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roland Mathis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roland Mathis, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Based on his allegations, the magistrate judge found that he was seeking damages from privately employed personnel for conduct for which he would have a cause of action under state law; and there was no *Bivens* liability. Mathis did not timely file specific objections to the magistrate judge's recommendation. On appeal, he argues that his failure was due to his mail being delayed. However, even assuming he did not waive his right to appellate review of the district court's order accepting the recommendation, he fails to show any error in the recommendation or the order dismissing his complaint. *See Minneci v. Pollard*, 565 U.S. 118, 131 (2012). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*